**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOHN BOTH, | Case No. 2:25-cv-00523-RFB-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| MAV GROUP, *et al.*, | |
| Defendants. | |

    Before the Court for consideration are the Reports and Recommendations (ECF Nos. 7, 8) of the Honorable Brenda Weksler, United States Magistrate Judge, entered on October 7, 2025, and November 20, 2025, respectively. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by October 20, 2025, and December 3, 2025, respectively. No objections have been filed.

    The Court has reviewed the record in this case: the Magistrate Judge first recommended that the majority of Plaintiff's claims be dismissed without prejudice and with leave to amend, that Plaintiff's civil theft claim be dismissed with prejudice and without leave to amend, and the

1  Magistrate Judge set an amended complaint deadline of November 6, 2025; when Plaintiff failed
2  to file an amended complaint by that deadline, the Magistrate Judge submitted a second Report
3  and Recommendation (ECF No. 8), recommending that this action be dismissed. The Court
4  concurs with the Magistrate Judge's findings and recommendations.
5      **IT IS THEREFORE ORDERED** that both Reports and Recommendations (ECF No. 7,
6  8) are **ACCEPTED** and **ADOPTED** in full.
7      **IT IS FURTHER ORDERED** that this action is **DISMISSED** for failure to file an
8  amended complaint by the court-ordered deadline, leaving no claims pending.
9      The Clerk of Court is kindly instructed to close this case.
10
11      **DATED:** January 7, 2026.
12
13      _____
14      **RICHARD F. BOULWARE, II**
    **UNITED STATES DISTRICT JUDGE**